EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall
Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
dmarshall@eapdlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
KEITH TURNER,                         :

      Plaintiff,                     :

  -against-                          :      06 Civ. 1910 (GBD)

NYU HOSPITALS CENTER, NYU MEDICAL     :      **NOTICE OF MOTION**
CENTER, NYU SCHOOL OF MEDICINE, and
NYU HEALTH SYSTEM,                    :

      Defendants.                    :
------------------------------------- X

    PLEASE TAKE NOTICE that upon the annexed Declarations of David R. Marshall, Esq., sworn to on August 12, 2010; Hilda Pineda, sworn to on August 11, 2010; Reginald D. Odom, Esq., sworn to on August 10, 2010; Udel DeGazon, sworn to on August 9, 2010; and the exhibits thereto; the annexed Rule 56.1 Statement; the accompanying memorandum of law; and all prior proceedings had herein, Defendants will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to Defendants, dismissing Plaintiff Keith Turner's complaint with prejudice,

and granting such other and further relief, including costs and attorneys' fees, as this Court deems just and proper.

Dated: August 12, 2010
      New York, New York

                             EDWARDS, ANGELL, PALMER & DODGE LLP

                             By: *David R. Marshall* (signature)
                                 David R. Marshall
                                 Attorneys for Defendants
                                 750 Lexington Avenue
                                 New York, NY 10022
                                 212.308.4411
                                 dmarshall@eapdlaw.com

TO:    Kenneth A. Goldberg, Esq.
         Goldberg & Fliegel LLP
         60 East 42nd Street, Suite 3421
         New York, NY 10165