Exhibit 4

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KEITH TURNER,

        Plaintiff,

    - against -        INDEX NO.:
                          06 CV 1910
NYU HOSPITALS CENTER, NYU MEDICAL
CENTER, NYU SCHOOL OF MEDICINE, AND
NYU HEALTH SYSTEM,

        Defendants.
----------------------------------------X

            60 East 42nd Street
            New York, New York
            November 27, 2006
            1:20 P.M.


       EXAMINATION BEFORE TRIAL OF ROBERT

STEPHEN, a non-party witness, taken by the

attorneys for the respective parties herein,

pursuant to Subpoena, and held before Deborah

Thier, a Notary Public of the State of New York at

the above-stated time and place.

              \*   \*   \*   \*

```
                                            Page 6
 1              Robert Stephen        6
 2    N.Y.U.?
 3       A   Udel DeGazon told me about it.
 4       Q   How did you know Mr. DeGazon?
 5       A   I know him from a cultural club that we
 6    belong to, or we had belonged to.
 7       Q   When did you first meet Mr. DeGazon?
 8       A   When did I first meet him?
 9       Q   Right. If 1997 is when you joined
10    N.Y.U., what year prior to that would you say you
11    first met Mr. DeGazon?
12       A   Maybe about three years before that.
13       Q   Are you related to him in any way?
14       A   No.
15       Q   Are you related to any employee of
16    N.Y.U.?
17       A   No.
18       Q   Do you know Anthony Lewis?
19       A   Anthony Lewis, yes.
20       Q   Is he related to you through a marriage
21    or --
22       A   Yes, he's my brother-in-law.
23       Q   Was he at N.Y.U. before you joined or
24    after you joined?
25       A   After I joined.
```

```
                                            Page 7
 1              Robert Stephen        7
 2       Q   So he was hired after you joined.
 3           Mr. DeGazon is Udel DeGazon, correct?
 4       A   That is correct.
 5       Q   He was also born in St. Lucia, right?
 6       A   Yes.
 7       Q   So you didn't know Mr. DeGazon in St.
 8    Lucia, you met him in this country?
 9       A   That's correct.
10       Q   How long have you lived in the United
11    States?
12       A   Since 1973.
13       Q   How old are you?
14       A   Forty-eight.
15       Q   What position were you hired for in
16    1997?
17       A   Supervisor.
18       Q   Supervisor in the building services
19    department, right?
20       A   Correct.
21       Q   Involved in the patient transport area?
22       A   In the cleaning area at the time, yes.
23       Q   It was the cleaning area at the time?
24       A   Yes.
25       Q   At some point did your supervisory job
```

```
                                            Page 8
 1              Robert Stephen        8
 2    involve patient transport?
 3       A   After, yeah.
 4       Q   Do you have a sense as to when you
 5    covered patient transport?
 6       A   Covered patient transport about a year
 7    after I were hired.
 8       Q   You've received annual performance
 9    evaluations?
10       A   Yeah, I guess.
11       Q   For a period of time Joey Morelos was
12    the head of your department?
13       A   Yes.
14       Q   He joined N.Y.U. after you were there,
15    right? You joined in 1997, he came in 2001.
16       A   Afterwards, right.
17       Q   Likewise, Mr. Turner, Keith Turner, you
18    know him, he's sitting next to me, right?
19       A   Yes.
20       Q   He joined N.Y.U. in 2002. Do you
21    recall that?
22       A   He came after me.
23       Q   He came several years after you?
24       A   After.
25       Q   You Bozena Sutowski, correct?
```

```
                                            Page 9
 1              Robert Stephen        9
 2       A   Correct.
 3       Q   She joined N.Y.U. several years after
 4    you, correct?
 5       A   Correct.
 6       Q   And you know Corie Fromkin, she joined
 7    N.Y.U. several years after you, correct?
 8       A   Correct.
 9       Q   All three of them, Keith Turner, Bozena
10    Sutowski, Corie Fromkin, are no longer at N.Y.U.,
11    correct?
12       A   Correct.
13       Q   You were supervisor of building
14    services department from 1997 until at some point
15    when you were promoted to manager of building
16    services department?
17       A   Correct.
18       Q   And you're black?
19       A   Yes.
20       Q   And so is Mr. DeGazon, right?
21       A   Right.
22       Q   When Keith Turner was at N.Y.U., you
23    knew him as a manager of building services,
24    correct?
25       A   Correct.
```

Page 22

```
             Robert Stephen          22
 1
 2    A    Ms. Pineda.
 3    Q    When did you receive it?
 4    A    I don't remember the date.
 5    Q    Well, are you able to place the date
 6  and context of Mr. Turner being at N.Y.U. or no
 7  longer at N.Y.U.?
 8       MR. SHAPIRO: Or before.
 9    Q    In other words, did you receive it as a
10  manager or as a supervisor?
11    A    As a supervisor.
12    Q    Were you placed on a final warning?
13    A    No.
14       MR. GOLDBERG: We request a copy of any
15  warning given to Mr. Stephen.
16    Q    What was the warning for?
17    A    I was an escort, I was working in
18  escort. I was a supervisor and there is something
19  we call a red zone when there are a lot of
20  patients, like in the emergency room, and I had to
21  go out to lunch and she didn't think I should have
22  left the building, but I had something to do
23  outside, so I left.
24    Q    She issued you a memo criticizing you
25  for this?
```

Page 23

```
             Robert Stephen          23
 1
 2    A    Yes.
 3    Q    I don't have the memo, as far as I
 4  know. I've just asked your attorney to produce
 5  it.
 6    A    Okay.
 7    Q    I've seen memos where someone
 8  criticizes somebody work, I've read memos where it
 9  says, I'm putting you on a warning. As between
10  those two, is it just a memo that criticized you?
11    A    Yes.
12    Q    So it's not a memo that said, I'm
13  putting you on warning, it's a memo saying you did
14  something, I'm not happy about it and --
15    A    I shouldn't do it again, yeah.
16    Q    Is it fair to say that you were never
17  put on a warning at N.Y.U., correct?
18    A    No, I wasn't put on a warning.
19    Q    Right, you got a warning from Ms.
20  Pineda criticizing you for leaving the building
21  when she thought you should have stuck around,
22  right?
23    A    Yes.
24    Q    One memo?
25    A    Yes.
```

Page 24

```
             Robert Stephen          24
 1
 2    Q    Did you ever receive any other memos
 3  from her like that?
 4    A    I've received criticism, you know, in
 5  the form of e-mails.
 6    Q    Verbal?
 7    A    Verbal also.
 8    Q    So Ms. Pineda had some criticisms of
 9  you from time to time?
10    A    Sure.
11    Q    Were any of those memos reflected in
12  any of your evaluations that you received?
13    A    I don't remember. I mean, my last
14  evaluation was -- my last evaluation was so, so.
15    Q    You got that this year in 2006?
16    A    That's last year's.
17    Q    You got one in 2005?
18    A    Yes.
19       MR. GOLDBERG: We request a copy of the
20  2005 evaluation for Mr. Stephen.
21    Q    Is Ms. Pineda still in the position of
22  associate director?
23    A    Yes.
24    Q    So in terms of evaluations, the form
25  that I've seen, and I'll show you what I'll have
```

Page 25

```
             Robert Stephen          25
 1
 2  marked as Exhibit 31, N0164 through N0174.
 3       (Whereupon, bates stamps N0164 through
 4       N0174 were marked as Plaintiff's Exhibit 31
 5       for identification, as of this date.)
 6    Q    So Exhibit 31, this looks to me to be
 7  an evaluation for you from March, '01. Does that
 8  look --
 9    A    Looks like it.
10    Q    In March of '01, according to this
11  document, the overall rating in this document
12  says, exceeds performance standards. Is it fair
13  to say you were happy with this evaluation from
14  '01?
15    A    Of course.
16    Q    Do you recall what you got in your
17  overall ratings after '01? Were they exceeds --
18    A    No, I don't recall.
19    Q    -- or meets?
20       The one that you say you just got so,
21  so, was overall rating meets --
22    A    Yeah.
23    Q    So you never got a rating below meets
24  performance standards?
25    A    No, overall.
```

Page 26

```
1              Robert Stephen            26
2      Q    That's right, overall.
3           But I guess there's some criticism in
4   your most recent evaluation that you're not happy
5   with?
6      A    Yes.
7           MR. GOLDBERG: I'll check the file, but
8      we request 2002 forward. I don't think
9      they've all been produced. So if N.Y.U. has
10     them, we request them.
11     Q    This evaluation looks like it was
12  signed by Ms. Pineda and Mr. DeGazon, right?
13     A    Right.
14     Q    The note on this, do you think that's
15  Ms. Pineda's handwriting?
16     A    Yes.
17          MR. SHAPIRO: For the record, N0174
18     under the written comments, that's Ms.
19     Pineda's handwriting?
20          THE WITNESS: Correct.
21     Q    So it looks like she wrote at the end,
22  tell me if I have this correct, Mr. Stephen has
23  shown that he is also a leader with potentials.
24  He has an excellent future in our department.
25          Does that look like I read that
```

Page 27

```
1              Robert Stephen            27
2   correctly starting from there?
3      A    Yes.
4      Q    So Ms. Pineda wrote a memo to you
5   criticizing you about a matter. You're saying she
6   e-mailed you from time to time with criticism or
7   feedback?
8      A    Right.
9      Q    Your performance evaluations have been
10  meets standards or better, yes?
11     A    Right, right.
12     Q    Would it be fair to say that you have
13  felt Mr. DeGazon to be supportive of you over the
14  years?
15     A    Supportive?
16     Q    Yes.
17     A    Yes.
18     Q    During a typical day, did you ever
19  observe Mr. Turner and Ms. Sutowski do the
20  check-in in the morning?
21     A    Many mornings.
22     Q    Were there mornings when Mr. DeGazon
23  came over across the street and was there as well?
24     A    Sure.
25     Q    And spoke to you from time to time at
```

Page 28

```
1              Robert Stephen            28
2   those check-ins?
3      A    Spoke to everybody, yes.
4      Q    And he spoke to you regularly, right?
5      A    Sure.
6      Q    And Ms. Pineda came across the street
7   as well?
8      A    Ms. Pineda came -- no, Ms. Pineda was
9   always there, most of the time.
10     Q    She was there for check-ins?
11     A    Yes.
12     Q    And she spoke Spanish with some of the
13  supervisors?
14     A    She tries not to speak Spanish in front
15  of us because some of us don't understand.
16     Q    But she's fluent in Spanish?
17     A    Right.
18     Q    And there are supervisors who are
19  fluent in Spanish?
20     A    Yes.
21     Q    Ms. Rodriguez is one of those, right?
22     A    Yes.
23     Q    You met Mr. DeGazon through a cultural
24  club, correct?
25     A    Yes.
```

Page 29

```
1              Robert Stephen            29
2      Q    Would it be fair to say you became
3   friends?
4      A    Yes.
5      Q    Would it be that you socialized with
6   him once in a while?
7      A    Yes.
8      Q    Would that include going out for lunch
9   or dinner on weekends?
10     A    No, not that, but whenever I met
11  him, --
12     Q    You socialized with him, right?
13     A    Yeah, sure.
14     Q    Obviously, you got an evaluation in
15  2001 that said exceeds performance standards.
16  That came from Ms. Pineda and Mr. DeGazon,
17  correct?
18     A    Yes.
19     Q    They were supportive of you certainly
20  in this evaluation, Exhibit 31?
21     A    Yes.
22     Q    And you've had success at N.Y.U. under
23  Mr. DeGazon and Ms. Pineda, correct?
24     A    That's the only place I've been.
25     Q    I'm saying you've been successful at
```

Page 30

Robert Stephen                 30

2  N.Y.U. reporting to Ms. Pineda and Mr. DeGazon?
3    A    Yes.
4    Q    And they have been supportive of your
5  career at N.Y.U., correct?
6    A    Yes, sure. Yes.
7    Q    Let me show you Exhibit number 6. It's
8  a staff handbook. That's a document that you
9  received at N.Y.U. in the course of your
10 employment, right?
11   A    I guess, yeah.
12        MR. SHAPIRO: If you remember seeing
13   it.
14   A    Yeah, I've seen it.
15   Q    Let me --
16   A    I don't remember it in photostat form
17 like this.
18   Q    I understand. This is the way it was
19 produced by you.
20        MR. GOLDBERG: 32 is N0563 through
21   N0605.
22        (Whereupon, the bates stamps N0563
23   through N0605 was marked as Plaintiff's
24   Exhibit 32 for identification, as of this
25   date.)

Page 31

Robert Stephen                 31

2    Q    This is another manual that N.Y.U.
3  produced. It says confidential staff reduction
4  process. Is this something you've seen at any
5  time at N.Y.U. or the policies in there?
6    A    Staff reduction?
7    Q    Yes. Have you ever gotten any
8  materials that dealt with the separation of
9  employment, staff reductions? Are you aware that
10 such policies exist?
11   A    This looks like the policies that are
12 in -- from human resources.
13   Q    Okay. I'm just asking.
14        MR. GOLDBERG: We'll mark as Exhibit 33
15   N0094 through N0095.
16        (Whereupon, bates stamps N0094 and
17   N0095 were marked as Plaintiff's Exhibit 33
18   for identification, as of this date.)
19   Q    Mr. Steven, Exhibit 33 looks like your
20 employment application at N.Y.U. So if you could
21 look at this and tell me, does this refresh your
22 recollection that you filled out an employment
23 application when you applied for a job at N.Y.U.?
24 If for some reason you didn't fill that out and
25 I'm mistaken, just tell me, but this is what

Page 32

Robert Stephen                 32

2  N.Y.U. produced.
3    A    Yeah, that is mine.
4    Q    Did you fill that out before N.Y.U.
5  hired you or after N.Y.U. hired you?
6    A    I don't remember.
7    Q    Is it your handwriting on the document?
8    A    That's my handwriting.
9    Q    The document looks like it's dated
10 April, 1997. Is that when you signed it?
11   A    Right.
12   Q    After you filed this you subsequently
13 got a job at N.Y.U.?
14   A    Right.
15   Q    Does April 14th of 1997 sound like
16 possibly the date you actually started at N.Y.U.?
17   A    It's quite possible.
18        MR. GOLDBERG: We'll mark as Exhibit
19   number 34 N0142.
20        (Whereupon, bates stamp N0142 was
21   marked as Plaintiff's Exhibit 34 for
22   identification, as of this date.)
23   Q    To your knowledge, is the information
24 you put on your application for employment true
25 and accurate?

Page 33

Robert Stephen                 33

2    A    Sure.
3    Q    Exhibit 34, is that the resume you
4  submitted to N.Y.U. when you applied for a job?
5    A    Looks like it.
6    Q    Is that true and accurate?
7    A    Yes.
8        MR. GOLDBERG: We'll mark as Exhibit 35
9   collectively bates stamps N0138 to N0141; as
10  Exhibit 36, N0143; then as Exhibit 37, N0149.
11       (Whereupon, bates stamps N0138 through
12  N0141 were marked as Plaintiff's Exhibit 35
13  for identification, as of this date.
14       Bates stamp N0143 was marked as
15  Plaintiff's Exhibit 36 for identification, as
16  of this date.
17       Bates stamp N0149 was marked as
18  Plaintiff's Exhibit 37 for identification, as
19  of this date.)
20   Q    Mr. Stephen, I'm going to show you a
21 couple of more exhibits.
22       Exhibit 35 appears to be some
23 additional materials that you submitted when you
24 applied for a job at N.Y.U. in April of 1997.
25 Those documents bear your signatures where it says