Exhibit 10



# Corie Fromkin
43 West 16th St APT10C
New York, NY 10011
Corie@nyc.rr.com
212-924-3616
646-249-8557

EXPERIENCE

### Script Supervisor
(917)-434-9180 Sarah Mcnitt
March 2000 - Present

Feature Films, Documentaries and Television
Reported directly to Director, Producer and Editor, Responsible for continuity and clarity of production;
On location for extended periods of time, worked on location in and out of NYC, while on location responsible for following through each shot from beginning of production to final cut in editing room also responsible for alerting all departments of changes in script.
THE STATION AGENT Feature Film
The Kids In The Hall "Tour Of Duty" Television
THE REFLEX Feature Film
THE DISSILUSIONMENT OF MIKE & EVA Feature Film
PERFECTION Feature Film
NEXT DOOR Sundance award winning Short Film
LIARS II FIT TO KILL Feature Film
BARNONE Feature Film
MONKEES Documentary
RINGO STARR ALL STAR BAND Documentary
THE UNDERTAKER Feature Film

### Executive Assistant Evolution Talent Agency
1776 Broadway 15th floor, New York, NY 10019 (212)-554-0300 Jonny Podell
January 1998 - January 2000

Executive Assistant to Mr. Jonny Podell
Responsible for setting up tours, obtaining availability with venues, organizing realistic schedules between cities.
Managing budgets and offers from promoters. Insuring profitability of all tours.
Liaison between Mr. Podell and Cyndi Lauper, Peter Gabriel, The Allman Brothers Band, Meat Loaf, and various other artists





**Manager Women's Active Wear Saks Fifth Avenue**
611 Broadway, New York, NY 10022
August 1995 - December 1997

Reported to President and Vice President of store as well as meeting weekly with balance of managers to ensure flow of store.
Responsible for, managing and scheduling five employees; following guidelines of Saks Fifth Avenue protocol for running my division.
Kept inventory, shipping and receiving of new and old merchandise, running sales and following budget flow charts to keep division in profit.
Awarded employee of the month twice.


**Head Specialist Clerk Spear Leeds and Kellogg**
120 Broadway 21st. floor New York, NY 10271 (917)-743-0921 Amy Burns
March 1992 - July 1995

Responsible for running trades for Mobil Oil and Phelps Dodge, two blue chip stocks on the floor of The New York Stock Exchange.
Worked directly for Specialist trader, inputting orders, executing trades, managing four other clerks working with me.
Followed rules and guidelines of Securities Exchange Commission.

## EDUCATION

| | |
|---|---|
| 1988–1992 Bachelor of Science | Franklin Pierce College |
| 1996 2000 | Catherine Gibbs School School Of Visual Arts Masters Program |

## SKILLS

MS Word
Excel
Power Point
Windows
Internet
Quicken