Exhibit 11



| EMPLOYEE PERFORMANCE REVIEW AND PLANNING FORM | NYU Medical Center | NEW YORK UNIVERSITY MEDICAL CENTER |

NAME OF EMPLOYEE: Robert Stephen

Position Title: Supervisor     Social Security #: _

Unit: Tisch     Date of Hire: 4-14-97

Department: Building Service     Yrs. in Present Position: 3 years

Period of Review (dates) 1 / 7 / 2000 to 3 / 8 / 2001

Purpose of Review: ☐ Probationary   ☒ Annual   ☐ Promotion/Transfer   ☐ Other

Do you recommend an extension of the probationary period in accordance with Medical Center policy? No     If YES, until what date? _____

### HOW TO USE THE CRITERIA-BASED PERFORMANCE REVIEW AND PLANNING FORM

This performance review and planning form has been designed specifically for the position held by the employee being evaluated. Please make sure you are using the correct evaluation form based on the employee's position description. The position title is listed at the top of each page of the appraisal form.

The criteria-based performance appraisal form is comprised of two sections.

Section I - consists of the performance criteria which are taken directly from the employee's position description. The employee should be rated on each performance criteria utilizing the following rating scale:

| Performance Definitions | [3] | [2] | [1] | [N/A] |
|---|---|---|---|---|
| | * Exceeds requirements - performance regularly exceeds normal expectations and job requirements. | Meets requirements - Performance regularly meets normal expectations and job requirements. | * Fails to meet requirements - Performance fails to meet normal expectations and job requirements. | Does not apply |

* Any rating above and/or below "2" MUST be accompanied by an explanatory statement in the COMMENTS column.

After rating the employee on each performance criteria, a "Performance Summary" rating must be given on your assessment of this employee's overall level of performance.

Section II - consists of a PLAN OF ACTION/GOALS for employee development and/or improvement. Complete the first column by listing the areas where the employee can:

- develop his/her capabilities for future opportunities and growth (ex., skills training, continuing education, etc.)

- improve areas of weakness in order to correct deficiencies in performance.

Next establish mutually agreed upon (between supervisor and employee) steps the employee is expected to take in order to achieve the stated goals and the date(s) by which the employee is expected to complete these steps.

A FOLLOW-UP PLAN may be necessary in order to monitor the progress of the employee in achieving the goals listed. This usually occurs after a short term has elapsed following the formal evaluation (2-3 months). The purpose is to guide the employee in achieving the stated goals. The date(s) of subsequent meetings and their outcome should be documented.

*(1 - copy to Employee, 1 - copy for departmental files, 1 - copy to Personnel)*   75-18(XIV)3/82

CONFIDENTIAL     N 0164

Name of Employee: Robert Stephen   # SPV-16001/OS1   Supervisor-Building Service
Building Service

## PERFORMANCE CRITERIA:

| | | 3 | 2 | 1 | N/A | COMMENTS |
|---|---|---|---|---|---|---|
| I. | **SCHEDULING STAFF** | | | | | |
| A. | Defines the expected outcome and time of completion of daily duties to the employee. | ✓ | | | | Keeps track of employee's activities and productivity through the shift management |
| B. | Clearly communicates the objective of the assignment to the employee. | ✓ | | | | Has an excellent follow up |
| C. | Institutes appropriate follow-up with the employee to ensure that the desired outcome is reached. | ✓ | | | | system, therefore outcome and productive |
| D. | Assigns work in order to accomplish goals in a timely fashion and makes allowances for individual initiative. | ✓ | | | | |
| E. | Solicits feedback from the employee to ensure the assignment is understood. | ✓ | | | | |
| F. | Allocates resources appropriately so that the task can be accomplished. | ✓ | | | | |
| G. | Informs the employees of their assignment immediately upon reporting to work or in advance. | ✓ | | | | |
| H. | Distributes assignments equitably. | ✓ | | | | |
| I. | Conducts patient interviews to ascertain quality of service. | ✓ | | | | |
| II. | **STAFF EVALUATION, COUNSELING AND PERSONNEL RELATED ACTIVITIES** | | | | | |
| A. | Recognizes the need to counsel subordinates and performs counseling in a timely fashion. | ✓ | | | | Follows the disciplinary process |
| B. | Explains to the employee clearly what his/her responsibilities are and the standards of performance. | ✓ | | | | Does an excellent job evaluating employees and making |
| C. | Offers guidance for improving performance to the employee. | ✓ | | | | sure they follow standards |

# SPV-16001/OS1  Supervisor-Building Service
Building Service

| PERFORMANCE CRITERIA: | 3 | 2 | 1 | N/A | COMMENTS |
|---|---|---|---|---|---|
| II. STAFF EVALUATION, COUNSELING AND PERSONNEL RELATED (cont'd) ACTIVITIES | | | | | |
| D. Disciplines subordinates, when necessary, in accordance with Human Resources policies and procedures and the Collective Bargaining Agreement. | X | | | | Follows the disciplinary process in a firm, fair way |
| E. Brings to the employee's attention areas of performance needing improvement as soon as they are recognized with a plan and a time frame for correction. | X | | | | Very prompt. |
| F. Approaches the performance review process constructively and conducts it in accordance with personnel and departmental guidelines and procedures. | X | | | | Always on time |
| III. STAFF DEVELOPMENT | | | | | |
| A. Plans the training and development of staff in advance of implementation. | X | | | | Makes sure staff is fully trained before employees work by himself. |
| B. Trains staff members effectively and maintains detailed records of performance and training status of probationary employees. | X | | | | |
| C. Ensures that policies and procedures are up-to-date and are posted behind all attendants' closet doors. | | | | X | |
| IV. PLANNING AND PROCEDURE DEVELOPMENT | | | | | |
| A. Communicates the need for new policies and procedures to superior in a timely manner. | X | | | | Any modifications on VIP are always pointed out by him. Notes are then implemented and made when noted. |
| B. Submits reports/plans, which are requested by superiors, on time. | X | | | | |
| C. Develops short and long range plans for the accomplishment of goals; addresses all contingencies in a plan. | X | | | | |

CONFIDENTIAL

# SPV-16001/OS1  Supervisor-Building Service
Building Service

| PERFORMANCE CRITERIA: | 3 | 2 | 1 | N/A | COMMENTS |
|---|---|---|---|---|---|
| **IV. PLANNING AND PROCEDURE DEVELOPMENT (cont'd)** | | | | | |
| D. Communicates the reason for a delay in accomplishing a plan to the supervisor within a reasonable time. | ✓ | | | | |
| E. Utilizes audit results, quality assurance reports and accident reports to improve the quality of service. | | ✓ | | | |
| **V. COST CONTAINMENT** | | | | | |
| A. Evaluates practices and identifies areas of excessive supply usage and equipment abuses which could lead to high costs. | ✓ | | | | Always on top of equipment. He makes sure that equipment gets repaired in important sites. |
| B. Arranges work to reduce or avoid overtime. | ✓ | | | | Does a great job reducing overtime by using part-timers. |
| C. Uses supplies efficiently. | | | | | |
| D. Uses equipment efficiently and ensures that equipment is in good working condition, is cleaned and stored in a secure area. | ✓ | | | | |
| **VI. REPORTS/DOCUMENTATION** | | | | | |
| A. Reports daily the activities of all employee under his/her supervision; also, any incidents that have occurred. | ✓ | | | | Has good rapport with his manager. |
| B. Composes related and required information in a neat and well written manner utilizing department forms whenever applicable. | | ✓ | | | |
| **VII. PERFORMANCE IMPROVEMENT** | | | | | |
| A. Tours each area regularly, covering each assigned area to observe cleaning crews and to determine compliance with instructions and quality of work. | ✓ | | | | Mario considers he areas of responsibility. He is thorough. |

CONFIDENTIAL

# SPV-16001/OS1      Supervisor-Building
                                          Service
                                          Building Service

## PERFORMANCE CRITERIA:

| | | 3 | 2 | 1 | N/A | COMMENTS |
|---|---|---|---|---|---|---|
| VII. | PERFORMANCE IMPROVEMENT (cont'd) | | | | | |
| B. | Inspects each area to ensure that all safety, health, and sanitation regulations are met in accordance with Federal, City, and State regulations. | | ✓ | | | Keeps me informed of any problems with equipment and chemicals. |
| VIII. | COMMUNICATIONS/RELATIONSHIPS WITH OTHERS | | | | | |
| A. | Respects and maintains the confidentiality of all patients, physicians and hospital related information. | | ✓ | | | |
| B. | Cooperates and communicates effectively and harmoniously with own supervisor, management, peers, staff, physicians, other Medical Center personnel, patients, patient's families and the general public in a courteous and professional manner. | | ✓ | | | |
| C. | Communications are well thought out, effective and informative. | | ✓ | | | |
| D. | Encourages open communicatin among staff to resolve problems in his/her areas of responsibility. | | ✓ | | | Well respected by his subordinates and peers. |
| IX. | JUDGEMENT/DECISION MAKING | | | | | |
| A. | Demonstrates good managerial judgement by conducting each aspect of supervision in a fair, firm, consistent, and objective manner. | | ✓ | | | |
| B. | Makes good judgements which are based on gathering and analyzing, factual and objective data; is able to interpret policies/procedures in order to make a sound independent decision. | | ✓ | | | |
| ? C. | Demonstrates alertness and adaptability to changing patient and employee conditions; responds appropriately. | | ✓ | | | |

CONFIDENTIAL

# SPV-16001/OS1   Supervisor-Building Service
Building Service

**PERFORMANCE CRITERIA:**

| | | 3 | 2 | 1 | N/A | COMMENTS |
|---|---|---|---|---|---|---|
| IX. | JUDGEMENT/DECISION MAKING (cont'd) | | | | | |
| | D. Makes decisions in a timely manner. | | ✓ | | | |
| X. | INITIATIVE | | | | | |
| | A. Makes suggestions for positive changes. | | ✓ | | | Always thinking and making suggestions on how to improve our service. |
| | B. Demonstrates independent thinking. | | | | | |
| | C. Readily accepts new responsibilities and assignments. | | ✓ | | | Always willing to help. |
| | D. Recognizes when help is needed by others and offers guidance and assistance. | | ✓ | | | |
| XI. | PLANNING AND TIME UTILIZATION | | | | | |
| | A. Work is thought out and planned in advance; is able to successfully implement plan. | | ✓ | | | Very organized and disciplined |
| | B. Determines priorities; adheres to these priorities with minimal changes. | | ✓ | | | |
| | C. Demonstrates flexibility in adjusting to the fluctuating needs of the department. | | ✓ | | | |
| | D. Coordinates own work and the work of the staff to achieve efficiency. | | ✓ | | | Plans work and projects in advance. Does not wait until the last minute |
| | E. Develops (in writing) programs to utilize equipment more efficiently. Ensures all programs are scheduled in an orderly process. | | ✓ | | | |

CONFIDENTIAL

N 0169

# SPV-16001/0S1   Supervisor-Building Service
Building Service

PERFORMANCE CRITERIA:

| | 3 | 2 | 1 | N/A | COMMENTS |
|---|---|---|---|---|---|
| **XII. ATTENDANCE/RELIABILITY** | | | | | |
| A. Adheres to departmental and Medical Center guidelines concerning safety, rules of conduct, etc., as outlined in the Employee Staff Handbook. | | ✓ | | | |
| B. Maintains a professional appearance; wears identification badge and/or uniforms if provided at all times. | | ✓ | | | |
| **XIII. ADDITIONAL PERFORMANCE STANDARDS** | | | | | |
| A. Adheres to departmental and Medical Center guidelines concerning safety, rules of conduct, etc., as outlined in the Employee Staff Handbook. | | | | | |
| B. Maintains a professional appearance; wears identification badge and/or uniforms if provided at all times. | | ✓ | | | |

CONFIDENTIAL

N 0170

Employee's Comments:

I have read and discussed the contents of this evaluation with my supervisor.

Employee's signature/date: _[signature]_ 3/12/01

Is review accomplishes, to the best of my knowledge, a periodic performance evaluation based on a sition description for this employee; and attests to the credentials, physical, and mental pacity and competence of this employee.

Supervisor's Signature _[signature]_ Date: 3-8-01

Pt. Head Signature _[signature]_ Date: 3/13/01

CONFIDENTIAL

N 0171

NEW YORK UNIVERSITY MEDICAL CENTER
DEPARTMENT OF Building Service

2001 SPECIFIC COMPETENCY

NAME: Robert Stephen

| PROGRAM | COMPETENCY | VERIFICATION | SIGNATURE OF VALIDATOR | DATE |
|---|---|---|---|---|
| PBAR System | Demonstrates knowledge of, and ability to accurately operate system | Reads manuals and completes training | [signature] | 3-8-01 |
| Interviewing of Patients | Demonstrates empathy and sensitivity towards patients and their families | Attends customer service training programs | [signature] | 3-8-01 |
| Third Party Payor | Demonstrates knowledge of third party payor operations/ guidelines | Reads insurance carriers' agreements, contracts, newsletters, etc. | [signature] | 3-8-01 |
| Patient's Rights | Demonstrates knowledge of patient's rights to privacy | Attends in-service program | [signature] | 3-8-01 |
| Record Retention | Demonstrates knowledge of medical records procedures | Reads procedural manual | [signature] | 3-8-01 |

11

CONFIDENTIAL

N 0172

# acc'l AGE SPECIFIC COMPETENCIES

Name of Employee: __R. Stephen__   SS#: __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__

Department: __Building Service__   Job Title: __Supervisor__

Meets Standard: Yes / No

### Neonatal (0-1 year)

Keeps potentially hazardous articles out of reach — ☑ ☐

Provides information/explanations to parent/guardian — ☑ ☐

### Pediatric (1-12 years)

Gives directions in familiar, simple terms — ☑ ☐

Maintains surveillance and prevents unsafe exploration — ☑ ☐

Provides ongoing information/explanations to parent/guardian — ☑ ☐

### Adolescent (13-18 years)

Gives directions in familiar, simple terms. — ☑ ☐

Directs instructions/information to adolescent and parent/guardian — ☑ ☐

### Geriatric (70+ years of age)

Speaks slowly and at an adequate volume as needed to ensure effective communication — ☑ ☐

Directs instructions/information to family/companion as well as patient — ☑ ☐

Comments: _____

Supervisor's Signature: _____   Date: __3-8-01__

PERFORMANCE SUMMARY:

Based on the ratings given for each responsibility, including areas indicated for performance improvement, what is your assessment of this employee's overall level of performance.

(check one)

- [X] Exceeds performance standards
- [ ] Meets performance standards
- [ ] Fails to meet performance standards

Please make any additional comments which you feel are relevant.

Mr. Stephen is a reliable and dependable supervisor. I am sure that when a task is given to him, he will do it and ensure that it is done accurately. Mr. Stephen runs the Escort Service in an efficient and professional manner. Patients are escorted throughout the medical Center in a safe, judicious and courteous manner. He maintains open communication with his peers which enables in the speedy and efficient resolution of all the shifts in the Escort Service. He is a team player, assuring his peers. Mr. Stephen has shown that he is an excellent future leader in our department with potential. He has an excellent future in our department.

CONFIDENTIAL

N 0174