Exhibit 12

64 Stage Lane
Staten Island, NY 10304

Home 718-273-0980

# Robert B. Stephen

**Objective**  To secure a position in your organization where my knowledge, expertise and organizational skills may contribute to the growth of your company.

**Professional experience**

1985 - 1997    Universal Transport (NJ) Corp.    Fort Lee, NJ
**Assistant Operations Manager**

- Coordinated with the Charterers and ship owners to ensure smooth operation of loading and unloading cargo.
- Resolved any and all ongoing problems which would hinder a smooth operation.
- Provided suppliers and surveyors with daily updates on vessel scheduling (e.g. eta, etd, loading and unloading of cargo)
- Prepared documentation, including Bills of Lading, in conjunction with Letter of Credit terms and conditions, for bank negotiation.
- Calculated and billed customers for freight and commission charges.
- Supervised Mail / Messenger operations.

1977 - 1985    Universal Transport (NJ) Corp.    Fort Lee, NJ
**Traffic Manager**

- Responsible for booking freight for door to door exportation.
- Arranged for inland trucking for said shipments.
- Provided customers with daily updates of shipment status.
- Prepared export documentation, including consul documents ( when required) for bank negotiation.

**Education**

1980    World Trade Institute.    New York, NY
**Export Documentation and Traffic**

1977    Brooklyn Technical High School, Brooklyn, NY

Diploma, Academic Course

**Skills**

Technical expertise in the movement of bulk liquids ( e.g. oils, tallow)

**References**  Furnished upon request.

