Exhibit 13

My Monster:

**CONTACT INFO**

---

Keith Turner
90 Hilltop Road
Ardsley, New York 10502
US

E keithturner@optonline.net
P 914 393 3938



DEFENDANT'S
EXHIBIT
A
11/15/06 MMCC

## KEITH TURNER
90 Hilltop Road ~ Ardsley ~ NY ~ 10502
(914) 693-4366

### SUMMARY OF QUALIFICATIONS
Accomplished, customer-focused Food & Beverage Manager with a strong pattern of success in high-profile fine dining restaurants in domestic and international locations. Superior knowledge of house operations, including pre-opening and opening activities, strict adherence to standards and policies, and ongoing restaurant promotions / marketing functions. Articulate, energetic professional witch excellent presentation, written communication, and public relations skills. Solid record of training, developing, and motivating staff in a variety of challenging, customer-driven environments.

### PROFESSIONAL EXPERIENCE
NEW YORK UNIVERSITY MEDICAL CENTER, New York, NY                     2002-2004
  *Manager, Building Service*
   o Management of staff / supervised 120+ staff and oversaw performance / ensured assignments.
   o Staff development.
   o Planning and procedure development.
   o Coordination of building service activities.
   o Cost containment.
   o Reports / documentation.
   o Equipment maintenance.
   o Performance improvement.

RESTAURANT ASSOCIATES, New York, NY                                  2000-2001
  *Manager, Rock Center Café*
   o Managed front of the house operations for a café with 1,000 to 1,200 covers per day.
  *Corporate Catering Manager*
   o Secured, coordinated, and oversaw large catered events for various corporate clients.

HUDSON RIVER CLUB, New York, NY                                      1999-2000
  *Maitre d' / Manager*
   o Served customers in a 3-star, fine dining restaurant with 150-person banquet seating.
   o Assumed managerial responsibilities to ensure a smooth and efficient restaurant operation.

SEA GRILL, New York, NY                                              1998
  *Maitre d' (seasonal position)*
   o Served customers in a 3-star, 120-seat fine dining restaurant located in Rockefeller Center.
  o o Organized reservations, arranged seating, and provided daily operational assistance.

REGENTS PLAZA HOTEL, London, United Kingdom                          1995-1997
  *Food & Beverage Director*
  o o Directed a 3-meal-a-day café, a specialty Italian restaurant, room service, a mini-bar, and banquets for a 200-room property with 100 residential apartments.
  o o Oversaw pre-opening and opening functions for the Italian restaurant.
  o o Provided and ensured training for all Food and Beverage staff.
  o o Improved overall guest satisfaction through constant communication and the implementation of effective standards and policies.

HOTEL INTER-CONTINENTAL LOS ANGELES, Los Angeles, CA                  1994-1995
*Restaurant & Lounge Manager*
- o   Created service standards and ensured staff compliance for a 434-room property with 40 employees.
- o   Exercised strong leadership skills, applying superior knowledge of the entire Food & Beverage operation.

FOUR SEASONS / REGENT, Bali, Indonesia                  1992-1993
*Assistant Food & Beverage Manager / Training Consultant*
- o   Consulted with hotel, directing staff training for pre-opening and opening functions for the food and beverage operations of this 150-room property with 80 employees.

HOTEL INTER-CONTINENTAL SYDNEY, Sydney, Australia                  1990-1992
*Restaurant Manager*
- o   Successfully systematized the opening of a new pasta bar and bistro for this 502-room property with 40 employees.
- o   Led promotional efforts, demonstrating strong public relations and marketing skills.

WESTIN KAUAI, Kauai, Hawaii                  1988-1990
*Restaurant Manager*
- o   Maintained full operational responsibility for two fine dining outlets of an 847-room property with 60 employees.
- o   Directed activities of all professional and support personnel.

## EDUCATION
LOS ANGELES VALLEY COLLEGE, Van Nuys, CA
*Business Management Coursework*
TOMBROCK COLLEGE, West Paterson, NJ
*Business Management Coursework*

### REFERENCES AVAILABLE UPON REQUEST

**WORK EXPERIENCE**

| Dates Employed | Job Title | Company |
| --- | --- | --- |
| N/A - Present | **Manager, Building Service** | NEW YORK UNIVERSITY MEDICAL CENTER |