Exhibit 17

NOV/13/2006/MON 06:37 PM    JHCB P.C.            FAX No. 212 527 1680            P. 003

Page 1 of 1

**Odom, Reginald**

From:    Parauda, Mark
Sent:    Wednesday, February 18, 2004 2:57 PM
To:      Odom, Reginald
Subject: FW:

Here is another letter of complaint from an employee in Building Services. By the way, Corie calls me at least three times a week to complain about her situation. She is getting impatient.
Mark

-----Original Message-----
From: Fromkin, Corie
Sent: Tuesday, February 17, 2004 9:52 AM
To: Parauda, Mark
Subject:


Office Manager Building Service
212-263-5071 phone
212-263-7780 fax



N 0840

February 12, 2004

TO: Mr. Joey Morelos

From: Mrs. Bozena Sutowski, Manager Tisch hospital

CC: Mr. Mark Parauda

Subj: Inappropriate behavior in the office

On January 21, 2004 I asked for a meeting with you, Mr. DeGazon, and Hilda Pineda. The reason for this meeting was to inform you that I have not been treated with respect by my superiors.

During the course of two years that I have been manager, I have been repeatedly been under accusation of the following:
1) That I have not been answering pages, when in actuality I have been praised by medical staff, and administration for answering my pages promptly.
2) That I do not answer e-mails. For me to answer the numerous e-mails from Mrs. Pineda I have to be in my office. When I am found in the office by Mrs. Pineda, I am then accused of spending too much time in my office and not on the floors.
3) When I am told by Mrs. Pineda that I am not inspecting my areas of responsibility, I find no complaints from her, or upper management, or discrepancies founding the areas she is talking about. Plus the staffs in those particular areas have no complaints.
4) After my days off, I have found missing keys, and have reported them, after a while I was accused by Mrs. Pineda of improper use of keys and beepers.
5) When I am in private conversation with other supervisors, Mrs. Pineda would interject with her own comments in front of other workers.
6) On many occasions Mrs. Pineda would demonstrate that she welcomes new ideas, suggestions and criticism, on the other hand, Mr. DeGazon would exercise that I should adjust to operations as they are. I was told this by Mr. DeGazon in Mrs. Pineda's presence. When it comes to criticism, I as well as other supervisors are afraid of criticizing our superiors. We discuss amongst ourselves, however we are afraid to express our dissatisfaction.

I have discovered that I am being treated in this manner as a result of gossip between Mrs. Pineda and another co-worker accusing me of bad mouthing Mrs. Pineda. I feel that this is very unprofessional and a break in the chain of command, for Mrs. Pineda to allow and welcome gossip in the workplace. As a result of this, our workers are gossiping about Mrs. Pineda.

In addition I feel that because I treat our employees with respect and gratitude, I in return am being disrespected by Mrs. Pineda. I see favoritism occur between Mrs. Pineda and

N 0841

others. Some employees receive correction notices and some not, even though being given several warnings.

On weekends we experience problems with linen as well as scrub machines (machines are empty, out of sizes or lost credits). I have been reporting these problems constantly, however I have never received any explanations as to why these problems come up, or access to the scrub machines to assist in these problems, even though I am the manager on duty. When asked by the floors why we are having problems with linen, I do not have any kind of an answer, which makes me feel embarrassed. Not having access to the scrubs I have no way to help the doctors and nurses who are need of them.

There are two managers responsible for cleaning, I have asked numerous times to divide responsibilities, and my request has never been shown any attention.

On many occasions Building Services is out of supplies, simply because they have not been ordered, and no explanation as to why.

Projects and procedures are being changed often, but after a while being forgotten. That shows lack of consistency from upper management.

Equipment is unaccounted for because it's being hidden by other shifts or stolen by other departments that leaves me with major difficulties for the employees and myself to properly perform our jobs. This is a continuous problem, I have complained numerous times yet my complaints have been ignored.

I feel that I'm not being appreciated for my performance, which is based on allegations of me bad-mouthing Mrs. Pineda. When I have a complaint that I bring to Mrs. Pineda's attention; Mrs. Pineda throws these allegations towards me without any lack of respect. This has not gone embarrassingly unnoticed by the staff.

I hope that the result of me writing this letter will improve the relationship I have with Mrs. Pineda thus befitting the whole department with the outcome.

N 0842