Exhibit 18

**Odom, Reginald**

**From:** Fromkin, Corie
**Sent:** Sunday, April 11, 2004 1:33 PM
**To:** Odom, Reginald

Dear Reggie,

Happy Easter, I hope you had a wonderful day on this rainy day.

A few things.

1) I want to thank you for making me feel so comfortable the other day as I was quite nervous and have been extremely nervous about all this. It was easy to speak with you and I appreciated it.
2) I really thought about who you could talk to and this is who I came up with as a definite.
3) Bozena Sutowski
4) Keith Turner
5) Jesse Kilpatrick

Now the three named above are managers of the hospital and are well aware of what is going on and are really fed up, I know they would love to speak with you and again on the begging of my boss please keep up a fast pace on this. (It's only getting worse down here on a daily basis)

There is one more, his name is Ahaji Majeed, he had never said a word to me, or I to him regarding this matter however I think if you called him up there and told him about the laws of confidentiality, he might open up. I have been told from others he is very unhappy.

I can be of any other assistance please don't hesitate to ask.

Corie Fromkin
Office Manager Building Service
212-263-5071 phone
212-263-7780 fax

