Exhibit 21

# NEW YORK UNIVERSITY HOSPITALS CENTER
*A private university in the public service*

**CONFIDENTIAL PERSONNEL PROFILE**

PROFILE DATE: 04/11/03   NO: 00:

| SOCIAL SECURITY NO. | PREFIX | LAST NAME | FIRST NAME | MIDDLE NAME/INIT | SUFFIX |
|---|---|---|---|---|---|
| | | TURNER | KEITH | A | |

| ORIG HIRE DATE | N.C. HIRE DATE | DEPART CENTER | UNIT SECTION PHONE # | MAJOR SECTION EXT | EMP. EXT | ASST UNIT |
|---|---|---|---|---|---|---|
| 091202 | 091202 | HOGBDB | | | 5071 | |

**PPR ACTION**

| CODE | EFFECTIVE DATE | REASON | L.O.A |
|---|---|---|---|
| 630 | 04/06/03 | INCREASE PROGRAM | RTN DATE / / |
| 262 | 06/14/04 | LAYOFF REORGANIZATION | # OF MOS. |

| EMP STATUS | EMPLOYEE STATUS REASON | POS TP | P/P LOC | SHFT OPT CD | SHED RATE | BRD HRS | REQUISITION # | O/N VAC | M.I.C. | TOUR |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACTIVE | 40 | 2011 | 14 | R | | 146754 | YES NO X | 00E | 00 |

| CO CODE | DIST | UNIT NAME | REPL CODE | DEPT NAME | PG | SEC NAME | EFFECTIVE DATE OF JOB | LAST SENIORITY DATE | JOB CODE | POSITION CONTROL NUMBER | PCS AS | ABBREVIATED JOB TITLE | DEPT SEC NO | JOB | APPOINTMENT THRU DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10101 | 4046 | | 047 | BLDG SVC | | 01 CLEANG SVC | 091202 | 091202 | 13298 | | | MGR-BUILDING SERVICE | | | |

| SALARY EFFECTIVE DATE | SALARY GRADE | SCHD RATE BASE/HR | PAY CODE | BASE SALARY | SCHED SHIFT HRS | SHFT DIFF RATE | TOTAL SALARY | % INC INC/DEC | DOLLAR AMT INC/DEC | CODE IND | EMP TP | EMPL TP DESIG | ANNUAL SALARY | JOB SALARY RANGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/03 | 0S47500 | | BI | 232558 | | | 232558 | 425 | 9481 | I | I | RFT | 60465.08 | |

| | | |
|---|---|---|
| MIN | 45046 | |
| MID | 56533 | |
| MAX | 68019 | |

**UNION** | **LICENSE**

| SALARY ACCOUNT NUMBER | | | SALARY ALLOCATED DOLLARS | PAY MODE | SALARY % | APPL HRS | FTE |
|---|---|---|---|---|---|---|---|
| 1 | 003401 | 0100 | 232558 | B | 10000 | | |

TOTAL: 232558  10000

**STREET ADDRESS** | **APT #** | **HOME PHONE NUMBER** | **DATE OF BIRTH** | ...

**EDUCATION**

| LEVEL CODE | LEVEL DESCRIPTION | MAJOR SUBJECT NAME |
|---|---|---|
| 005 | HIGH SCHOOL GRADUATE | UNKNOWN |

SCHOOL NAME: UNKNOWN    MAJOR SUBJECT CODE: 99999    SCHOOL CODE: 9999999

## HOSPITALS CENTER WORK HISTORY

| CO CODE | PPR ACTION CODE | EFFECTIVE DATE | EMP TYPE | DIR | UNIT REPL CODE | DEPT CODE | SEC CODE | JOB CODE | SALARY GRADE | POSITION CONTROL # | STEP | PP TYPE CODE | PAY MODE | SCHED HRS | BASE SALARY | SCHED SHFT HRS | SHFT DIFF AMT | TOTAL SALARY | % AMOUNT INC/DEC | DOLLAR AMOUNT OF INC/DEC | ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10101 | 590 | 091202 | 1 | 1 | 4000 | 0470 | 1 | 13298 | 054 | | | | 40 | BI | 75 | 223077 | | | 223077 | 1 | | 58001 |

## HOSPITALS CENTER WORK HISTORY CHANGE

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PROB DTE:   PROB IND Q
CHANGE TO PROB DTE:   PROB IND
CURRENT SVC DATE:   CURR STEP 00   SVC IND
CHANGE TO SVC DATE:   CHANGE TO STEP   SVC IND
REMARKS:

**TERMINATION**

- [ ] RESIGNATION  [ ] DISCHARGE
- [ ] RELEASE  [X] LAY-OFF
- [ ] OTHER

EVALUATION: QUALITY / QUANTITY / ATTENDANCE / COOPERATION

PLEASE STATE REASON(S) FOR TERMINATION:

| LAST WRK DAY | VACATION UNUSED HRS | HOLIDAY UNUSED HRS | OTHER UNUSED HRS | SEVERANCE HRS | UNUSED HRS | TOTAL HRS PD | PPR THRU DATE | # HRS |
|---|---|---|---|---|---|---|---|---|
| 06/14/04 | 7150 | -7150 | 00 | 1 | 7150 | 0000 | | 1 |

*SEVERANCE DUE FOR PERMANENT LAYOFFS ONLY
EXPLAIN: ADVANCED HOLIDAY HOURS PAID.

REHIRE IND: YES / NO — *Unacceptable level of performance*
NYU PROPERTY RETURNED: YES / NO — already done
ID CARD RETURNED: YES / NO

RECEIVED IN AUG 30 2004 PAYROLL   10/6/04

APPROVAL SIGNATURES:
SUPERVISOR: [signature]   DATE: 8/3/04
DEPT HEAD: [signature]   DATE: 7/23/04
DEPT HEAD:
UNIT HEAD:
UNIT HEAD:
PERSONNEL:
PAYROLL:

THE INFORMATION CONTAINED ON THIS FORM IS OF A CONFIDENTIAL NATURE — AFFORDED ACCORDINGLY.

**PLAINTIFF'S EXHIBIT 9**