Exhibit 22

Mr. Winer

Supervisors Meeting    #2         6-8-04      9:00 Am
COMMITTMENT

"It means different things to different people."
To a leader, committment is "special", because
everyone you lead is depending on you.

Three observations of Committment:

1. Committment starts in the heart: If you want to
make a "difference" in your employee's performance,
look into your heart to see if You are truly
committed.

2. Committment is tested by ACTION: It so easy to
use words, but it is harder living your words
day after day.   Are you following up on your
committment?

3. Committment opens the door to Achievment:
Committment is the enemy of resistance. It is to
get up, dust yourself off, no matter how many
times you are knocked down.
You want to get ahead?  Be COMMITTED!



DEFENDANT'S
EXHIBIT
G
11/15/06 · MMC

P0116

②

When it comes to Commitment, there are generally 4 types of people? Which one are you?

1. Cop-outs: No goals & do not commit.

2. Hidouts: Doubting yourself... afraid to commit.

3. Dropouts: Starting towards a goal, but quit when the going gets tough.

4. All Outs: Those who set goals — Commit to them — and pay the price (whatever) to reach them.

Question: How willing are you to make BSD successful?
Is BSD worth your effort?
Are you afraid to make your plans public? Then you have to follow through with them.

"ARE YOU A COWARD?"

P0117