Exhibit 23



| | |
|---|---|
| From: | DeGazon, Udel |
| To: | Turner, Keith; Aybar, Magda; Barr, Veronica; Frederic, Philip; Kilpatrick, Jesse; Lewis, Anthony; Majeed, Alhaji; Oliveros, Miguel; Pineda, Hilda; Rodriguez, Rafaelina; Roumer, Marcel; Sorrisio, Victor; Stephen, Robert; Sutowski, Bozena; Trujillo, Frank |
| Cc: | Richards, Jacqueline; Vega, Lissy; Fuentes, Rodrigo |
| Subject: | PROMOTION |
| Attachments: | |

Sent:Fri 6/18/2004 3:12 PM

It gives me great pleasure to announce the promotion to Manager of Mr. Robert Stephen.

Mr. Stephen has exemplified himself as the sole supervisor responsible for the Escort service for the past few years.

He did a great job there, and we know that he will do a great job in the Cleaning service.

Let's extend our hands to Mr. Stephen and wish him ONLY THE BEST and OFFER HIM OUR TOTAL SUPPORT.

On behalf of Ms. Pineda and I, Good luck to you Mr. Stephen. We will support you 100%.

Udel W. DeGazon

Associate Director

Building Service Department


NYU Hospital Center

(212) 263-5071

(212) 263-7780 Fax

Udel.DeGazon@msnyuhealth



P0018

https://mail.msnyuhealth.org/exchange/Keith.Turner/Inbox/PROMOTION.EML?Cmd=ope... 8/29/2003