EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall
Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
dmarshall@eapdlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
KEITH TURNER,              :

    Plaintiff,            :

  -against-                 :    06 Civ. 1910 (GBD)

NYU HOSPITALS CENTER, NYU MEDICAL     :   **AFFIDAVIT OF SERVICE**
CENTER, NYU SCHOOL OF MEDICINE, and
NYU HEALTH SYSTEM,          :

    Defendants.           :
------------------------------------------- X

Jean W. McLoughlin, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 12th day of August 2010, she caused a true and correct copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, RULE 56.1 STATEMENT and NOTICE OF MOTION with accompanying declarations and exhibits annexed thereto to be served upon:

    Kenneth A. Goldberg, Esq.
    Goldberg & Fliegel LLP
    60 East 42nd Street, Suite 3421
    New York, NY 10165
    kgldbrg@aol.com

by ECF filing.

_____
Jean W. McLoughlin

Sworn to before me this
12th day of August 2010

_____
Notary Public

RACHEL JACOBSON
Notary Public, State of New York
No. 02JA6209209
Qualified in New York County
Commission Expires July 20, 2013