EDWARDS ANGELL PALMER & DODGE LLP
David R. Marshall
Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
dmarshall@eapdlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
KEITH TURNER,                            :
      Plaintiff,                       :  06 Civ. 1910 (GBD)
   -against-                            :  **DECLARATION OF**
NYU HOSPITALS CENTER, NYU MEDICAL        :  **RACHEL B. JACOBSON**
CENTER, NYU SCHOOL OF MEDICINE, and      
NYU HEALTH SYSTEM,                       :
      Defendants.                      :
---------------------------------------- X

    RACHEL B. JACOBSON declares:

    I am a member of the bar of the State of New York and this Court and the law firm of Edwards Angell Palmer & Dodge LLP, counsel for defendants. I make this declaration in further support of Defendants' motion for summary judgment.

    1. Exhibit 1 hereto is a copy of the transcript of the March 2, 2010 Court conference.

    2. Exhibit 2 hereto is a copy of Defendants' Automatic Disclosures, dated June 1, 2006.

    3. Exhibit 3 hereto is a copy of Defendants' Objections and Responses to Plaintiff's First Request For The Production of Documents, dated June 23, 2006.

    4. Exhibit 4 hereto is relevant sections of the NYU Hospitals Center Staff Handbook.

5. Exhibit 5 hereto is a copy of the Confidential Personnel Profile form for Hilda Pineda indicating Ms. Pineda's last salary as Operations Manager was $74,232.86 before the position was eliminated.

6. Exhibit 6 hereto is a copy of the Confidential Personnel Profile form for Udel DeGazon indicating Mr. DeGazon's last salary as Associate Director – Building Services was $94,917.94 before he was promoted to Interim Director.  It also indicates Mr. DeGazon's salary as Interim Director – Building Services was $104,409.76, effective May 3, 2004.

7. Exhibit 7 hereto is a copy of the Confidential Personnel Profile form for Hilda Pineda indicating Ms. Pineda's salary upon her promotion to Associate Director – Building Services was $81,656.12 effective June 21, 2004.  It also indicates her salary was increased to $84,514.08 effective December 21, 2004.

8. Exhibit 8 hereto is a copy of the Confidential Personnel Profile form for Joseph Morelos indicating Mr. Morelos' salary as Director – Building Services at the time of his resignation was $114,384.40.

9. Exhibit 9 hereto is a copy of the Confidential Personnel Profile form for Udel DeGazon indicating Mr. DeGazon's salary as Director – Building Services was $108,064.06, effective November 1, 2004.

10. Exhibit 10 hereto is a copy of the Confidential Personnel Profile form for Bozena Sutowski indicating Ms. Sutowski's salary as Manager – Building Services at the time of her termination was $58,299.80.

11. Exhibit 11 hereto is a copy of the Confidential Personnel Profile form for Robert Stephen indicating Mr. Stephen's salary upon his promotion to Manager- Building Services was $47,600.00, effective June 21, 2004.

3

      12. Exhibit 12 hereto is a copy of the Confidential Personnel Profile form for Robert Stephen indicating Mr. Stephen's salary as Manager – Building Services was $49,265.84, effective December 21, 2004.

Dated: New York, New York
       October 29, 2010

                                                       s/ Rachel Jacobson
                                                        Rachel B. Jacobson