```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH TURNER,

                Plaintiff,                    06 CIVIL 1910 (GBD)

      -against-                          **JUDGMENT**

NYU HOSPITALS CENTER, NYU MEDICAL
CENTER, NYU SCHOOL OF MEDICINE, and
NYU HEALTH SYSTEM,

                Defendants.
------------------------------------------------------------X

      Defendants having moved to amend their answer to the complaint pursuant to Fed. R. Civ. P. 15(a); defendants also having moved for summary judgment pursuant to Fed. R. Civ. P. 56(c), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 4, 2011, having rendered its Memorandum Decision and Order granting defendants' motion for summary judgment, and denying defendants' motion for leave to amend the answer as moot, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 4, 2011, defendants' motion for summary judgment is granted, and defendants' motion for leave to amend the answer is denied as moot.

**Dated:** New York, New York
       March 7, 2011

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**
              **BY:**

                                      **Deputy Clerk**

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON _____