**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213



FILED U.S. DC
MAR 3 1 2011
S.D. OF N.Y.

------------------------------------------------X

Keith Turner

-V-

NYU Hospitals Center, NYU Medical Center,
NYU School of Medicine, and
NYU Health System

------------------------------------------------X

**NOTICE OF APPEAL**

06 civ. 1910 (GBD)

Notice is hereby given that ___Keith Turner___
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it] the Judgment entered on March 7, 2011, which Judgment granted Defendants' motion for summary judgment, and which Judgment incorporates the Memorandum Decision And Order entered on March 4, 2011.

Plaintiff appeals from each and every part of the Judgment entered on March 7, 2011 and appeals from each and every part of the Memorandum Decision And Order entered on March 4, 2011.

entered in this action on the __7th__ day of __March__, __2011__.
                                  (day)         (month)         (year)

_(Signature)_
Goldberg & Fliegel LLP
__60 East 42nd Street, Suite 3421__
(Address)
New York, New York 10165
(City, State and Zip Code)

Date: __March 31, 2011__         (212) 983 - 1077
                                  (Telephone Number)

Attorneys for Plaintiff Keith Turner

**Note:** You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS
U.S.D.C. S.D.N.Y. CM/ECF Support Unit          2          Revised: May 4, 2010